# United States District Court

Case# 48-2022-CF-002445-O & 2022-CT-002466-A-O

Jabir Ali Corley
Counterclaimant/Respondent

VS

State of Florida
Defendants
Janice Sacrome Suh *JC*
Peter ~~Callis~~ *Callin*
Alana Kremer

Case: 1:22-cv-03237
Assigned To : Lamberth, Royce C.
Assign. Date : 10/5/2022
Description: Pro Se Gen. Civ. (F-DECK)

§
§
§


RECEIVED Mail Room
VOID JUL 27 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## NOTICE OF REMOVAL
## PURSUANT to 28 USC 1331, 1332, 1455

### Affidavit of Facts- Official Complaint

For the purpose of this Notice of removal, is to cite the Constitution of League of Indian Nations of North America, Constitution and Federal Law as basis for the demand for removal of the alleged case State of Florida vs. Jabir Ali Corley case number 48-2022-CF-0024450-O & 2022-CT-002466-A-O.

**The Constitutional issues in this case that serve as the basis for the Removal are:**
1.) For the 4th Amendment Right: The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.
2.) For the 5th Amendment Right: nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.
3.) For the Right given to the American Indian and secured by Article VI of the U.S. Constitution: This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.
4.) For the Rights of an American Indian protected under Public Law 94-467, Royal and The Proclamation of 1763 Whose mission, Nation and Government is Federally and Internationally recognized as well as Record with the United States since 1920.
**League of Indian Nations of North America.** To provide proof of such status without being unlawfully harassed and punished for
**Carrying out such action.**

Since based on the above merits and the actions of Janice Sacrome Suh 3/18/ 2022 filing no. 146024183, these charges were drop and all property considered to be paraphernalia was returned. Nor was the original bond returned before a criminal simulation to extort respondent and place him in a contract not in good faith. For the State of Florida, lacks jurisdiction authority in rem and personam to lawfully and legally determine this case which deals with federal issues and Diversity of Citizenship, therefore this petition with affidavit incorporated is being filed to be removed to federal jurisdiction and the merits of the claims made by Jabir Ali Corley are made herein.

## Preliminary Facts of Law

For I Jabir Ali Corley, an American National of **The League of Indian Nations of North America** Being part of a Tribal Government nullifying any previous contractual agreements. As well as the Civil Rights Act of 1968 Title II, Public Law 94-467, All treaties under Article VI of the U.S. Constitution

### Title 28 USA § 1746. Unsworn declarations under penalty of perjury

For under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:
(1) For if executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 06/18/22 (Signature)".
(2) For if executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)". With the Focused on the violation of, the Internationally Protected Person.

For I Jabir Ali Corley, am a Non- resident of the State of Florida

## Affidavit of Facts

1. For I Jabir Ali Corley, reserved my Rights to defend myself as a litigant in person [in propria persona] or pro se/per Sui juris which Rights is protected by law per Supreme Court case Faretta vs. California 422 U.S.806 (1975). I do not object to an attorney representing my interest in this matter as long as its pursuant 25 USC 175.
2. For I Jabir Ali Corley, have been allegedly charged a second time with same violation of the following Penal code of the State of Florida enclosed is the letter filed 3/18/ 2022 dropping all charges and returning property save the hemp: [Exhibit A]
   1 count of 893.13 (6)(A)-109
   1 count of 893.147(1)

1 count of 843.02
1 count of 322.34(2)

3. On or about March 3rd, 2022, I Jabir Ali Corley was detained for 5 hours on the charges listed in the affidavit of Peter Callin after a traffic stop. On or about March 18th 2022 Assistant States Attorney Janice Sacrome Suh deemed this matter and I quote "unsuitable for prosecution". The alleged warrant on about June 13th was a Capias or bench warrant fabricate because there was no court date to miss. I Jabir Ali Corley was given no consideration from anyone representing the state. This was a criminal simulation a warrant produced with malicious intent to cause financial as well as physical harm by deceptive and fraudulent means to create and enforce an alleged obligation.
4. For I Jabir Ali Corley, am victim double jeopardy and a criminal simulation in fraud. Since the charges as well as alleged court date that sparked the warrant, are fictious the identity of the alleged judge or clerk that sign this warrant have yet to be revealed to make it a lawful warrant.

### This Court Has Federal Questions Jurisdiction

Since, this alleged trial fall under 18 USC 1001 from the alleged warrant fabricated to establish an alleged obligation, with five different judges on this case knowing their can be no good faith with any aspect of this case. For that they are in direct violation of 42 USC 1986, and with their level of education on the subject matter 42 USC 1983 maybe their true violation. As well as the violation of the 4th Amendment to the U.S. Constitution with the unlawful Warrant, and the 5th Amendment denial of Due Process of Law.

### CONCLUSION

Because the respondent an American Indian and member of a tribal Government League of Indian Nations of North America, for the Defendants, are of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs, the Court has jurisdiction over Defendants, claims pursuant to 28 U.S.C. §1332. The respondent is therefore entitled to remove this case to this Court pursuant to 28 U.S.C. §1455.

### Demand for remedy

For we, Jabir Ali Corley and the below signed witnesses attest and declare that I am the creator, owner and the signor of this instrument. For we affirm that the attached photo

# **MEMORANDUM OF POINTS AND AUTHORITIES**

## *Affidavit to challenge allege warrant*

No warrant including a federal warrant is to be served without going through the Sheriff's office. Any Warrant without an affidavit and a Judge wet ink signature **(Not a stamp)** is not an executable Warrant. Amendment IV Constitution for the United States of America.

### POINT 1

1. Any arrest made without a Warrant if challenged by the defendant is presumptively invalid, the Burdon is upon the state to justify it as authorized by statute, and not violation of the Constitution. Provisions, **statev. Mastrian, 171 N.W. 2d 695 (1969) Butler v. state, 212 So 2d 577 (Miss1968)**, As in the case illegal arrest, the officer must keep within the law at his peril. **Thiede v. Scandio 217 Minn, 231, 14 N.W. 2d 400 (1944).**

### POINT 2

2. **Must show the Warrant upon request**
Officer / Sheriff must show it to the accused, if requested to do so. "Smith **v. State 208 s. 2d 747 (Miss1968)** If demanded he must produce the Warrant and read it to the accused that he may know by what authority and for what cause he is deprived **of his liberty"** State v. Shaw 89 S.E. 322 (1916).

### POINT 3

3. It is doubtless the duty of an officer who executes a Warrant of arrest to State the nature and substance of the party arrested may have no excuse for resistance. "**Shovlon v. com, 106 pa 369 5am. Crim Rep 41 (1884).**

### POINT 4

4. **Warrant must be valid**
A constable justifying an imprisonment under a Warrant must show that the Warrant on its face is legal, and that the magistrate had jurisdiction of the subject matter **51L. R.A. 197 Poulkv.Stocum, 3 Blackfords (Ind) 421.**

## POINT 5

5. A Warrant is regarded as insufficient and thus void, if, on it's, face, it fails to State facts sufficient to constitute a crime, **Wharton's crime. Proc. 12th Ed vol. 1, p152 (1974).**

## POINT 6

6. **No Rubber Stamp Signature**
The State Supreme Court Stressed the need for individualized review to void the issuance of rubber stamp Warrant **State v. Paulick, 277 Minn. 140, 151 N.W.2d596 (1967).**

On this __18th__ day of __July__ 20__22__ before me came __Jabir Ali Corley__

Jabir Ali Corley

Known to me and know by me to be the living man/woman who executed the foregoing Affidavit and he/she thereupon duty acknowledged to me that he/she executed the same. Tribal ID# C000101829

Certifying Notary signature and seal

_____ Seal

Certifying Notary signature and seal

SHARONDA DAVIS
Notary Public
State of Florida
Comm# HH250220
Expires 4/6/2026

2